1104

No. 99–8887.  MURCHINSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8890.  AIELLO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8891.  ANDERSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8900.  LOZANO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8901.  LOPEZ-AYALA, AKA PRADO-PERALES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–8902.  KING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8903.  MOORE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8907.  VINSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–8908.  MITCHUM v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–8917.  MCMILLIAN v. ENDICOTT, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 99–899.  GALAZA, WARDEN, ET AL. v. NINO.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 99–1159.  MCDANIEL, WARDEN, ET AL. v. WILLS.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 99–1184.  MACK, WARDEN v. PARIS.  C. A. 6th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 99–1070.  PEOPLE'S MOJAHEDIN ORGANIZATION OF IRAN v. DEPARTMENT OF STATE ET AL.  C. A. D. C. Cir.  Motion of the